IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF CENTRAL LABORERS' PENSION, WELFARE & ANNUITY FUNDS, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No.3:14-CV-01382-NJR-DGW ) |
| CHRIS HARNER, Individually and d/b/a CHRIS HARNER EXCAVATING, | ) ) ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL ACTION

DECISION BY THE COURT.

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated January 26, 2016 (Doc. 15), this action is **DISMISSED with prejudice**.

DATED:  January 26, 2016

JUSTINE FLANAGAN, Acting Clerk

By: s/Deana Brinkley_____
        Deputy Clerk

APPROVED: _____
NANCY J. ROSENSTENGEL
United States District Judge